UNITED STATES BANKRUPTCY COURT     **341 Meeting Date: March 26, 2024**
SOUTHERN DISTRICT OF NEW YORK     **341 Meeting Time: 2:30 pm**
-----------------------------------------------------------X

In re            Chapter 11

Dale D. Goldschlag,

           Case No. 24-10297 (PB)

        Debtor(s).
---------------------------------------------------------X

## INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

     The section 341 meeting of creditors for the above-captioned case(s) scheduled for **March 26, 2024, at 2:30 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.**

     All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

     **Call-in Information**:

     On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

           Meeting Dial-in No:   877-459-4096, and

           when prompted enter the

           Participant Code: 6685886 followed by #.

     To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.  Thank you for you anticipated cooperation in this regard.

Dated: New York, New York
        February 26, 2024

                              Respectfully submitted,

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE, REGION 2


                    By:     */s/ Paul K. Schwartzberg*
                            Paul K. Schwartzberg
                            Trial Attorney
                            Office of the United States Trustee – NY Office
                            Alexander Hamilton Custom House
                            One Bowling Green, Room 534
                            New York, NY 10004-1408
                            Telephone: (212) 510-0500