**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                       :
                                                             :   Chapter 11
Dale D. Goldschlag,                                          :
                                                             :   Case No. 24-10297-pb
                            Debtor.                          :
------------------------------------------------------------x

**ORDER PURSUANT TO 11 U.S.C. § 362(d) DECLARING INAPPLICABILITY OF AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a) CONCERNING PROPERTY AT 2477 STICKNEY POINT RD, UNIT 214A, SARASOTA, FL 34231**

Upon the motion, dated August 28, 2024 (the "Motion") [Dkt. No. 56], of U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2019-3 (with any subsequent successor or assign, the "Creditor") for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in 2477 Stickney Point Road, Unit 214A, Sarasota, Florida 34231 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Debtor having filed opposition to the Motion; and the Court having held a hearing on the Motion and Debtor's opposition on October 10, 2024; and upon all of the proceedings had before the Court; and after due deliberation, it is hereby

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is not applicable as to the Creditor's interests in the Property with respect to Creditor's enforcement of its rights in, and remedies in and to, the Property, including, without limitation, loss mitigation, foreclosure and eviction proceedings; and it is further

1

2

**ORDERED** that notwithstanding the foregoing, the automatic stay continues to apply to the commencement of any judicial, administrative or other proceeding against the Debtor with respect to any alleged personal guaranty executed by the Debtor in favor of the Creditor; and it is further

**ORDERED** that this Order is binding despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

Dated: New York, New York
       October 21, 2024

                                                /s/ Philip Bentley
                                                Honorable Philip Bentley
                                                United States Bankruptcy Judge