DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtor*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                          Chapter 11

DALE D. GOLDSCHLAG,                                              Case No.: 24-10297 (PB)

                                    Debtor.
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM NO. 18 [DOCKET NO. 72]

PLEASE TAKE NOTICE that the above captioned debtor and debtor in possession hereby withdraws his *Objection of Debtor to Disallow and Expunge Claim No. 18* [Docket No. 72] without prejudice.

Dated:   White Plains, New York
           November 26, 2024

                                                DAVIDOFF HUTCHER & CITRON LLP
                                                *Attorneys for the Debtor*
                                                120 Bloomingdale Road, Suite 100
                                                White Plains, New York 10605
                                                (914) 381-7400

                                                By: */s/ Jonathan S. Pasternak*
                                                      Jonathan S. Pasternak

1