**Hearing Date and Time: August 12, 2025 at 10:00 a.m. (Eastern Time)**
**Objection Date and Time: August 5, 2025 at 4:00 p.m. (Eastern Time)**

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtor*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Jonathan S. Pasternak, Esq.
Craig M. Price, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                             Chapter 11

DALE D. GOLDSCHLAG,                                              Case No. 24-10297(PB)

                Debtor.
---------------------------------------------------------------X

## NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTOR's DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that on June 27, 2025, the above captioned Chapter 11 Debtor, Dale D. Goldschlag (the "Debtor"), filed the following documents: (i) the Debtor's *Chapter 11 Plan* (the "Plan") [ECF Docket No. 218] and (ii) the Debtor's *Disclosure Statement* (the "Disclosure Statement") [ECF Docket No. 219].

**PLEASE TAKE NOTICE** that a hearing to approve the Debtor's Disclosure Statement will be held before the Honorable Philip Bentley, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **August 12, 2025, at 10:00 a.m. (Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held by Zoom® teleconference. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

1

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement is on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Court's website www.nysb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon written request.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "Objection") to the Disclosure Statement shall be in writing, shall conform to the Bankruptcy Rules and Local Rules (each as defined in the Motion), shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served so as to be filed and received no later than **August 5, 2025, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Disclosure Statement, the Debtor may, on or after the Objection Deadline, submit to the Bankruptcy Court an order which order may be entered without further notice or opportunity to be heard.

24-10297-pb    Doc 224    Filed 07/15/25    Entered 07/15/25 14:53:13    Main Document
Pg 3 of 3

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: July 15, 2025
    New York, New York

**DAVIDOFF HUTCHER & CITRON LLP**

*/s/ Jonathan S. Pasternak*
605 Third Avenue
New York, New York 10158
Telephone: (212) 557-7200
Email: jsp@dhclegal.com
*Attorneys for the Debtor*
