UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:

Dale B. Goldschlag,                  Case No. 24-10297 (PB)

Debtor.

OBJECTION TO DISCLOSURE STATEMENT

DLG Dental Laboratory Group Inc. ("Creditor"), a creditor in the above-captioned case, hereby submits this objection to the Debtor's Disclosure Statement [Dkt. No. 219] filed on June 27, 2025, on the following grounds:

1. DLG Dental Laboratory performed dental laboratory work, including fabrication of restorations, for Dr. Goldschlag and was not paid for those services. The total claim is in the amount of $43,561.30.

2. We believe Dr. Goldschlag was directly involved with the dental practices that ordered and received the work.

3. The Disclosure Statement does not provide adequate information regarding how or if these claims will be paid.

WHEREFORE, DLG Dental Laboratory respectfully requests that the Court deny approval of the Disclosure Statement and grant such other relief as is just and proper.

Dated: August 5, 2025

DLG Dental Laboratory Inc.

2 Teleport Drive, Suite 101

Staten Island, NY 10311

By: _//AJ Erakat//_____

Name: AJ Erakat

Title: Vice President

Email: aj@dentallabgroup.com

Phone: 718-477-6270