UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 24-10297(PB) |
| DALE D. GOLDSCHLAG, | : | Chapter 11 |
| Debtor(s) | : | Related Doc # 15 |

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:  First Horizon Bank

**Property Address**:  240 Riverside Blvd, Units 17B and 17C, New York, NY

**Last Four Digits of Account Number of Loan**: 5036 and 3494

**File Date of Loss Mitigation request**: 03/04/2024

**Date of Entry of Loss Mitigation Order**: 03/27/2024

**Date of Entry of Order Approving Settlement (*if any*)**: 4/25/2025

**Other Requests for Loss Mitigation in this Case**: ____ Yes     X No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | | | |
|---|---|---|---|
| X | Loan modification | ☐ | Surrender of property |
| ☐ | Short sale | ☐ | No agreement has been reached |
| ☐ | Other: _____ | | |

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

Dated: New York, New York
       December 12, 2025

/s/ *Philip Bentley*
Hon. Philip Bentley
United States Bankruptcy Judge